IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **OPEN SOURCE GROUP LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-cv-01945-O |
| **SAAD PATEL,** | § § § | |
| Defendant. | § § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on February 9, 2016. *See* ECF No. 29. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate are accepted as the findings of the Court. Defendant's Motion to Dismiss Complaint (ECF No. 10) is therefore **DENIED as moot**, and Defendant's Motion to Dismiss Amended Complaint (ECF No. 16) is **GRANTED**. This case is **DISMISSED without prejudice**.

**SO ORDERED** on this **24th day** of **February, 2016.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE